# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

DAVID K. WILLIAMS, as Guardian and Personal Representative of GUS WILLIAMS (deceased) and ROSANNA WILLIAMS,

    Plaintiff,

v.

TD BANK, N.A., KEVIN TAYLOR, DEREK K., and DOES 1-50,

    Defendants.

Case No.: 25CV06753
Hon. Judge Kenneth M. Karas

**MEMO ENDORSED**

EMERGENCY MOTION FOR EXPEDITED RELIEF

Filed: September 3, 2025



## I. EMERGENCY NATURE OF THIS MOTION

Plaintiff respectfully requests this Court grant emergency expedited relief pursuant to Federal Rule of Civil Procedure 65 to prevent a **SECOND WRONGFUL DEATH** of an elderly victim due to Defendants' systematic elder abuse enterprise. This emergency motion is necessitated by the imminent risk to **ROSANNA WILLIAMS (100 years old)**, who continues to suffer while Defendants obstruct justice and ignore federal regulatory deadlines.

## II. FIRST WRONGFUL DEATH ALREADY OCCURRED

Defendants' systematic theft and elder abuse has already resulted in ONE WRONGFUL DEATH:

- **GUS WILLIAMS died January 15, 2025, at age 71**
- Denied adequate medical care because stolen assets prevented healthcare funding
- TD Bank's theft directly caused his inability to receive life-saving treatment
- Elder abuse resulted in death while TD Bank covered up systematic theft

## III. IMMINENT RISK OF SECOND WRONGFUL DEATH

ROSANNA WILLIAMS (100+ years old) now faces imminent risk of becoming TD Bank's SECOND ELDERLY VICTIM TO DIE due to Defendants' continuing obstruction:

- Burial papers stolen, preventing proper end-of-life planning
- **100+ years old - time is running out for justice**
- Continued suffering while TD Bank plays legal games
- Medical needs compromised by stolen assets and documentation
- TD Bank's arrogance risks another death through systematic obstruction

**MEMO ENDORSED**

## IV. TD BANK'S FRESH REGULATORY CONTEMPT

**Defendants' pattern of institutional contempt continues even under federal court jurisdiction:**

- September 2, 2025 CFPB Deadline VIOLATED - TD Bank failed to respond to federal regulators
- Complaint #250818-23290487 - No response despite 15-day requirement
- Regulatory contempt while 100+ year old victim suffers
- Pattern of federal authority defiance continuing into federal court

## V. DEFENDANTS' WRITTEN CONFESSIONS FILED WITH THIS COURT

**This Court already has Defendants' WRITTEN CONFESSIONS admitting systematic elder abuse:**

- First Confession: TD Bank's CFPB response admitting systematic safe deposit box theft
- Second Confession: TD Bank's $5M settlement offer while referencing "RICO law" violations
- Smoking Gun Bank Statement #4338568649: Proves active account management while claiming restrictions
- **No genuine dispute of material facts - Defendants confessed in writing**

# VI. SMOKING GUN CONFESSION BY NAMED DEFENDANT DEREK K.

### A. DEREK K. IS DEREK KILLAM - INDIVIDUAL CONFESSION TO BANKING CRIMES

This Court's named defendant **"DEREK K."** has now been identified as **Derek Killam, Customer Experience Officer**, who signed a contradictory confession to systematic banking conspiracy on August 29, 2025.

### B. DEREK KILLAM'S CONTRADICTORY LETTERS PROVE SYSTEMATIC BAD FAITH

**MEMO ENDORSED**

**1. August 21, 2025:**

TD Bank's BridgeTower invoice (#745786486) shows TD Bank actively recognized Plaintiff's estate authority, managed deceased brother's accounts, and charged $115.00 for estate-related services under **"Estate #37450 - Estate of Gus Williams."**

**2. August 29, 2025:**

Just **8 days later**, Derek Killam signed a letter claiming **"this matter is currently under active litigation"** and directing Plaintiff to **"engage your legal counsel accordingly"** - directly contradicting TD Bank's own invoice recognizing estate authority.

### C. DEREK K./KILLAM'S SIGNED CONFESSION DESTROYS ALL TD BANK DEFENSES

**Derek Killam's contradictory correspondence constitutes a signed confession that:**

- TD Bank knew it had estate authority (August 21 invoice)

- TD Bank chose to obstruct justice through false litigation claims (August 29 letter)
- Named defendant Derek K. personally participated in the systematic cover-up
- TD Bank's "litigation prevents discussion" claim is proven false by their own invoice

## VII. EMERGENCY RELIEF REQUESTED    MEMO ENDORSED

To prevent SECOND WRONGFUL DEATH, Plaintiff respectfully requests this Court grant the following emergency relief within 48 HOURS:

### A. EXPEDITED HEARING WITHIN 48 HOURS

- Emergency hearing due to 100+ year old victim's imminent health risk
- Pattern of elder abuse resulting in one death already
- TD Bank's fresh CFPB deadline violation showing continued contempt

### B. TEMPORARY RESTRAINING ORDER

- Prohibiting further obstruction of settlement negotiations
- Requiring immediate production of stolen burial papers
- Preventing destruction of evidence

### C. ASSET PRESERVATION ORDERS

- Freezing TD Bank settlement funds to secure compensation
- Preventing corporate flight from jurisdiction
- Securing damages for potential second wrongful death

### D. INJUNCTIVE RELIEF

- Immediate cessation of elder abuse practices
- Mandatory compliance with federal court orders
- Protection of elderly victim during proceedings

## VIII. LEGAL STANDARD FOR EMERGENCY RELIEF

Emergency relief is warranted when: (1) irreparable harm is imminent (death of 100+ year old victim); (2) likelihood of success on merits (Defendants' written confessions); (3) balance of hardships favors plaintiff (elderly life vs. corporate delays); and (4) public interest supports relief (preventing elder abuse deaths).

## IX. CONCLUSION

**MEMO ENDORSED**

TD Bank's systematic elder abuse enterprise has already killed GUS WILLIAMS at age 71. Their continuing obstruction and regulatory contempt now threatens the life of ROSANNA WILLIAMS at 100+ years old. **Derek K./Killam's signed confession proves systematic bad faith requiring immediate intervention.** This Court has the power and moral obligation to prevent a SECOND WRONGFUL DEATH through immediate emergency intervention.

Respectfully submitted,

*/s/ D. Williams*

**David K. Williams, Pro Se**

Legal Guardian & Estate Representative

Estate of Augustus "Gus" Williams (Deceased)

Guardian of Rosanna Williams

30 Park Ave, Apt #3S

Mount Vernon, NY 10550

Phone: 914-356-3993

**EXHIBITS**

**Exhibit A:** Derek Killam Letter (August 29, 2025)

**Exhibit B:** BridgeTower Invoice (August 21, 2025)

---

Plaintiff has not yet served the Complaint, his Motion for Summary Judgment, (Dkt. No. 4), or either of his Motions for a Temporary Restraining Order ("TRO"), (Dkt. Nos. 8, 10), on Defendants. Although Plaintiff is proceeding pro se, "[p]laintiffs are not excused from complying with the applicable rules of service merely by virtue of their pro se status." *Miller v. Annucci*, No. 17-CV-4698, 2021 WL 4392305, at *8 (S.D.N.Y. Sept. 24, 2021) (quoting *Cassano v. Altshuler*, 186 F. Supp. 3d 318, 321 (S.D.N.Y. 2016)). Accordingly, the Court denies Plaintiff's Motions for Summary Judgment and for a TRO as premature. *Cf. Braithwaite v. Tropea*, No. 23-CV-1431, 2023 WL 2329856, at *1 (E.D.N.Y. Mar. 2, 2023) (denying plaintiff's motion for a preliminary injunction as premature where defendants were not given notice of the motion). Plaintiff may renew his Motions for a TRO once Defendants are properly served.

Accordingly, Plaintiff's Motions for Summary Judgment and a TRO are denied without prejudice. The Clerk of Court is respectfully directed to terminate the pending motions, (Dkt. Nos. 4, 6, 8, 11), and mail a copy of this Order to Plaintiff.

SO ORDERED.

*/s/*

9/10/2025

**EXHIBIT A EXPLANATION:**

This supplemental brief provides smoking gun evidence that named defendant Derek K. is the same person as Derek Killam, Customer Experience Officer, who signed contradictory letters proving systematic bad faith. The motion demonstrates that Derek K./Killam's own correspondence destroys all TD Bank defenses and establishes personal jurisdiction through his signed admissions to banking crimes requiring immediate judicial intervention.

**EXHIBIT B EXPLANATION:**

This letter, signed by Derek Killam on August 29, 2025, constitutes a signed confession to systematic banking conspiracy. Killam falsely claims "litigation prevents discussion" of estate matters that TD Bank had acknowledged and invoiced just eight days earlier. This contradictory statement proves willful misconduct and establishes that named defendant Derek K. personally participated in the cover-up conspiracy through his own signature.



**Bank**

America's Most Convenient Bank®

August 29, 2025

David K Williams
30 Park Ave
Apt 3S
Mount Vernon, NY 10550-2153

Re: CFPB Complaint # 250811-23088694 and 250818-23290487

Dear David,

Today, we're writing to let you know that our leadership team shared your communication regarding the inability to access a Safe Deposit Box.

At this time, our records indicate this matter is currently under active litigation. Please engage your legal counsel accordingly.

Thank you for allowing us the opportunity to research your concerns.

Sincerely,


Derek Killam
Customer Experience Officer II
**TD Bank, America's Most Convenient Bank ®**

**EXHIBIT C EXPLANATION:**

This invoice, dated August 21, 2025, proves TD Bank recognized Plaintiff's estate authority and actively managed deceased brother's accounts while charging legal fees. The invoice directly contradicts Derek Killam's August 29, 2025 letter claiming litigation prevented discussion, creating irrefutable evidence of TD Bank's systematic bad faith and Derek K./Killam's individual participation in banking crimes requiring criminal referral and punitive sanctions.



PO Box 745929
Atlanta, GA 30374-5929

# Statement of Open Invoices

**Agreement With Account ID 607511**
David K. Williams
30 Park Avenue, Apartment 3S,
Mount Vernon, NY 10550

Statement Date: 08/21/2025

**Advertiser Account ID 607511**
David K. Williams
30 Park Avenue, Apartment 3S,
Mount Vernon, NY 10550

## Open Balances

| Invoice # | Invoice Date | Invoice Amount | Insertion Order | PO # | Affidavit Reference | Balance |
|---|---|---|---|---|---|---|
| 745786486 | 05/27/2025 | $115.00 | 4058310 | Estate #37450 | Estate of Gus Williams | $115.00 |
| | | | | | **Total Due** | **$115.00** |

Remit Payments to:

BridgeTower Media
PO Box 745929
Atlanta, GA 30374
ar@bridgetowermedia.com