

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | NELSON M. STEWART | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8767 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 253 4037 | PITTSBURGH |
| LOS ANGELES | E-MAIL: NMStewart@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 14, 2025

VIA ECF:
Hon. Kenneth M. Karas
United States District Court
for the Southern District of New York
Courtroom 521
300 Quarropas Street
White Plains, NY 10601-4150

      **Re:**    *Williams v. TD Bank, N.A.,* Case No.7:25-cv-06753-KMK

Dear Judge Karas,

    We represent Defendant TD Bank, N.A. ("**TD Bank**"), which has already been subject to a number of unusual filings[1] by Plaintiff. We write in response to the latest of these filings to advise the Court that Plaintiff's October 1, 2025 submission [ECF No. 27] contains two forged letters purporting to be from TD Bank, and to request that the Court schedule a conference as soon as possible concerning these letters.

    Plaintiff's most recent filing includes an August 15, 2025 "letter" from TD Bank to the Consumer Financial Protection Bureau and an August 22, 2025 "letter" from TD Bank to David K. Williams. The latter purports to propose a settlement of this action in exchange for Five Million Dollars ($5,000,000.00). Neither of these "letters" are authentic. They were not written, authorized, or sent by or on behalf of the alleged signatories Derek Killam or Kevin Taylor, much less TD Bank. Further, it bears noting that the "letters" are in the same typeface as Plaintiff's submissions and do not appear on TD Bank letterhead.

---

[1] In addition to Plaintiff's unusual filings and "demands", his ever-increasing calculation of damages in these submissions now stands at $36.5 Billion Dollars. [*See*, ECF No. 27, p. 2].

DuaneMorris

The Hon. Kenneth M. Karas
October 14, 2025
Page 2

    We recognize the seriousness of these allegations and assure the Court that our client has conducted a review of its records to confirm the representations contained in this letter. Mr. Killiam and Mr. Taylor are willing to provide affidavits should the Court require further detail.

    While Plaintiff is a pro se party, he must nonetheless abide by Federal Rule of Civil Procedure 11. We respectfully request a conference with the Court to address these forgeries, which are only the latest in a series of procedurally improper filings by this pro se Plaintiff. *See AJ Energy LLC v. Woori Bank,* 829 F. App'x 533, 535–36 (2d Cir. 2020) (affirming dismissal of case and sanctions due to the submission of forged documents).

                                                                                            Respectfully submitted,

                                                                                            Nelson M. Stewart

NMS
David K. Williams (VIA ECF and U.S. Mail)